1

2

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

3

Hypermedia Navigation LLC

4

Plaintiff(s),

5

v.

6

Google LLC

7

Defendant(s).

8

)
)
)
)
)
)
)
)
)
)
)
)

Case No: <u>4:18-cv-6137-HSG</u>

**APPLICATION FOR**
**ADMISSION OF ATTORNEY**
**PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

9     I, <u>Hao Ni</u>, an active member in good standing of the bar of <u>State of Texas</u>, hereby respectfully apply for admission to practice *pro hac vice* in the

10    Northern District of California representing: <u>Hypermedia Navigation LLC</u> in the above-entitled action. My local co-counsel in this case is <u>M. Elizabeth Day</u>, an

11    attorney who is a member of the bar of this Court in good standing and who maintains an office

12    within the State of California.

13    | MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
      |---|---|
      | 8140 Walnut Hill Lane, Ste. 500 | 1600 El Camino Real, Ste. 280 |

14    | Dallas, TX 75231 | Menlo Park, CA 94025 |

| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
|---|---|
15    | (972) 331-4600 | (650) 618-4363 |

| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
|---|---|
16    | hni@nilawfirm.com | eday@feinday.com |

17        I am an active member in good standing of a United States Court or of the highest court of
      another State or the District of Columbia, as indicated above; my bar number is: <u>24047205</u>.

18        A true and correct copy of a certificate of good standing or equivalent official document from said
      bar is attached to this application.

19        I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the

20    Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

21        ***I declare under penalty of perjury that the foregoing is true and correct.***

      Dated:  10/10/18                                          Hao Ni

22                                                    _____
                                                              APPLICANT

23

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

24

25        IT IS HEREBY ORDERED THAT the application of <u>Hao Ni</u> is granted,
      subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate

26    appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel

27    designated in the application will constitute notice to the party.

28    Dated:   10/15/2018                   *Haywood S. Gill, Jr.*
                                          _____
                                          UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                          *October 2012*

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 17, 2018

Re: Mr. Hao Ni, State Bar Number 24047205

To Whom It May Concern:

This is to certify that Mr. Hao Ni was licensed to practice law in Texas on November 05, 2004, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web

