M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220265)
dalberti@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel: 650.618.4360
Fax: 650.618.4368

HAO NI (pro hac vice)
hni@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231 Telephone: (972) 331-4600
Facsimile: (972) 314-0900

Attorneys for Plaintiff
Hypermedia Navigation LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 4:18-cv-06137-HSG<br><br>**ADMINISTRATIVE MOTION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

The Case Management Conference was originally scheduled for January 8, 2019. (Dkt. No. 12)

On December 12, 2018, this Court gave notice that the Case Management Conference was continued to January 15, 2019. (Dkt. No. 17).

Plaintiff Hypermedia Navigation, LLC respectfully requests the Court move the Case Management Conference to January 22, 2019, or another date at the Court's convenience. Plaintiff's lead counsel planned international travel for January 10-16 based on the initial Case Management Conference date.

Plaintiff has conferred with Defendant and Defendant is unopposed to this rescheduling.

Respectfully submitted,

Dated: December 19, 2018  **NI, WANG & MASSAND, PLLC**

By: */s/ Hao Ni*
    Hao Ni

Attorney for Plaintiff
HYPERMEDIA NAVIGATION LLC

### CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on December 19, 2018, with a copy of this document via the Court's CM/ECF system.

*/s/ Hao Ni*
Hao Ni

Good cause appearing, the motion is GRANTED. The Case Management Conference is rescheduled to January 22, 2019 at 2:00 p.m.

IT IS SO ORDERED.

Date: December 26, 2018

_Haywood S. Gilliam, Jr._
United States District Judge