| | |
|---|---|
| M. ELIZABETH DAY (SBN 177125)<br>eday@feinday.com<br>DAVID ALBERTI (SBN 220265)<br>dalberti@feinday.com<br>MARC BELLOLI (SBN 244290)<br>mbelloli@feinday.com<br>**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA 94025<br>Tel: 650.618.4360<br>Fax: 650.618.4368<br><br>HAO NI (pro hac vice)<br>hni@nilawfirm.com<br>**NI, WANG & MASSAND, PLLC**<br>8140 Walnut Hill Lane, Suite 500<br>Dallas, TX 75231 Telephone: (972) 331-4600<br>Facsimile: (972) 314-0900<br><br>Attorneys for Plaintiff<br>Hypermedia Navigation LLC | DARIN W. SNYDER (S.B. #136003)<br>dsnyder@omm.com<br>LUANN L. SIMMONS (S.B. #203526)<br>lsimmons@omm.com<br>DAVID ALMELING (S.B. #235449)<br>dalmeling@omm.com<br>MELODY DRUMMOND HANSEN<br>(S.B. #278786)<br>mdrummondhansen@omm.com<br>MARK LIANG (S.B. #278487)<br>mliang@omm.com<br>BILL TRAC (S.B. #281437)<br>btrac@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111-3823<br>Tel: (415) 984-8700  Fax: (415) 984-8701<br><br>Attorneys for Defendant<br>GOOGLE LLC |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 4:18-cv-06137-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Date: April 11, 2019<br>Time: 2:00 p.m.<br>Ctrm: 2, 4th Fl.<br>Ronald Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 |

Before the Court is Plaintiff Hypermedia Navigation LLC's and Defendant Google LLC's (the "Parties") Stipulation to Extend the Briefing Schedule for Defendant's Motion to Dismiss ("Stipulation").

The Court having reviewed the Parties' Stipulation, rules as follows:

The briefing schedule is hereby extended. Plaintiff's Response to Defendant's Motion to Dismiss Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) (Docket 30) is due on February 1, 2019. Defendant's reply in support of Defendant's Motion is due on February 22, 2019.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/18/2019

Hon. Hayward S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE