M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220265)
dalberti@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
FEINBERG DAY ALBERTI LIM & BELLOLI LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel: 650.618.4360
Fax: 650.618.4368

Hao Ni (pro hac vice)
*hni@nilawfirm.com*
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

Attorneys for Plaintiff
HYPERMEDIA NAVIGATION LLC

DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
DAVID ALMELING (S.B. #235449)
dalmeling@omm.com
MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
MARK LIANG (S.B. #278487)
mliang@omm.com
BILL TRAC (S.B. #281437)
btrac@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Tel: (415) 984-8700  Fax: (415) 984-8701

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:18-cv-06137-HSG<br><br>**STIPULATION AS TO NUMBER OF ASSERTED CLAIMS AND ORDER** |

1    Pursuant to the Case Management Conference Held on January 22, 2019 and this Court's
2    January 23, 2019 Order (D.I. 38), Plaintiff Hypermedia Navigation LLC ("Hypermedia") and
3    Defendant Google LLC ("Google") hereby stipulate to the following limitations regarding
4    asserted claims. Plaintiff shall reduce the number of asserted claims for all of the asserted
5    patents to not more than sixty-six claims by January 30, 2019, the deadline for the date of
6    service for Plaintiff's disclosure of its infringement contentions under Patent L.R. 3-1 & 3-2.

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.

Dated: January 25, 2019

By: */s/ Hao Ni*
Hao Ni

M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220265)
dalberti@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
FEINBERG DAY ALBERTI LIM & BELLOLI LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel: 650.618.4360
Fax: 650.618.4368

Hao Ni (pro hac vice)
*hni@nilawfirm.com*
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

Attorneys for Plaintiff
HYPERMEDIA NAVIGATION LLC

Dated: January 25, 2019

By: */s/ Luann L. Simmons*
Luann L. Simmons

DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
DAVID ALMELING (S.B. #235449)
dalmeling@omm.com
MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
MARK LIANG (S.B. #278487)
mliang@omm.com
BILL TRAC (S.B. #281437)
btrac@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Tel: (415) 984-8700  Fax: (415) 984-8701

Attorneys for Defendant
GOOGLE LLC

**ORDER**

The Court having considered the above STIPULATION AS TO THE NUMBER OF ASSERTED CLAIMS AND [PROPOSED] ORDER, hereby ORDERS that Plaintiff, Hypermedia Navigation LLC, shall reduce the number of claims asserted to not more than sixty-six claims in total by January 30, 2019, as part of its disclosure of its infringement contentions under Patent L.R. 3-1 & 3-2.

IT IS SO ORDERED.

Dated: January 31, 2019

United States District Judge
Haywood S. Gilliam Jr.