| | |
|---|---|
| M. ELIZABETH DAY (SBN 177125)<br>eday@feinday.com<br>DAVID ALBERTI (SBN 220265)<br>dalberti@feinday.com<br>MARC BELLOLI (SBN 244290)<br>mbelloli@feinday.com<br>**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA 94025<br>Tel: 650.618.4360<br>Fax: 650.618.4368<br><br>HAO NI (*pro hac vice*)<br>hni@nilawfirm.com<br>**NI, WANG & MASSAND, PLLC**<br>8140 Walnut Hill Lane, Suite 500<br>Dallas, TX 75231 Telephone: (972) 331-4600<br>Facsimile: (972) 314-0900<br><br>Attorneys for Plaintiff<br>Hypermedia Navigation LLC | DARIN W. SNYDER (S.B. #136003)<br>dsnyder@omm.com<br>LUANN L. SIMMONS (S.B. #203526)<br>lsimmons@omm.com<br>DAVID ALMELING (S.B. #235449)<br>dalmeling@omm.com<br>MELODY DRUMMOND HANSEN<br>(S.B. #278786)<br>mdrummondhansen@omm.com<br>MARK LIANG (S.B. #278487)<br>mliang@omm.com<br>BILL TRAC (S.B. #281437)<br>btrac@omm.com<br>**O'MELVENY & MYERS LLP**<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California  94111-3823<br>Tel: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>Attorneys for Defendant<br>GOOGLE LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 4:18-cv-06137-HSG<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR DEFENDANT'S INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION UNDER PATENT LOCAL RULES 3-3 AND 3-4** |

Under the Court's Scheduling Order (ECF No. 42), Defendant Google LLC ("Defendant") must serve its Invalidity Contentions and Accompanying Document Production pursuant to Patent L.R. 3-3 and 3-4 ("Defendant's Contentions") on or before April 18, 2019.

Pursuant to Civil L.R. 6-2 and 7-12, the parties have agreed to a two-week extension of the deadline for Defendant's Contentions, such that Defendant must serve the Contentions on or before **May 2, 2019**.

The parties make this request for extension because Plaintiff intends to supplement its Patent L.R. 3-1 and 3-2 disclosures by February 28, 2019, four weeks after serving those disclosures on January 30, 2019. The parties agree that Defendant should be allowed an additional two weeks to serve its Patent L.R. 3-3 and 3-4 disclosures in response to Plaintiff's supplementations.

There have been no previous requests for extensions with respect to the deadlines for Defendant's Contentions and the requested two-week extension of this deadline would not alter the schedule for the rest of the case or any additional deadlines in the case schedule.

The parties therefore respectfully request that the Court modify the schedule to change the deadline for Defendant's Patent L.R. 3-3 and 3-4 disclosures to May 2, 2019.

Dated: February 28, 2019
Respectfully submitted,
**NI, WANG & MASSAND, PLLC**

By: */s/ Hao Ni*
Hao Ni

Attorney for Plaintiff
HYPERMEDIA NAVIGATION LLC

Dated: February 28, 2019
**O'MELVENY & MYERS LLP**

*/s/ Mark Liang*
Mark Liang

Attorneys for Defendant
GOOGLE LLC

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Mark Liang, attest that concurrence in the filing of this document has been obtained.

Dated: February 28, 2019
*/s/ Mark Liang*
Mark Liang

# **O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 28, 2019

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge