| | |
|---|---|
| M. ELIZABETH DAY (SBN 177125) <br> eday@feinday.com <br> DAVID ALBERTI (SBN 220265) <br> dalberti@feinday.com <br> MARC BELLOLI (SBN 244290) <br> mbelloli@feinday.com <br> **FEINBERG DAY ALBERTI LIM & BELLOLI LLP** <br> 1600 El Camino Real, Suite 280 <br> Menlo Park, CA 94025 <br> Tel: 650.618.4360 <br> Fax: 650.618.4368 <br><br> HAO NI (*pro hac vice*) <br> hni@nilawfirm.com <br> **NI, WANG & MASSAND, PLLC** <br> 8140 Walnut Hill Lane, Suite 500 <br> Dallas, TX 75231 Telephone: (972) 331-4600 <br> Facsimile: (972) 314-0900 <br><br> Attorneys for Plaintiff <br> HYPERMEDIA NAVIGATION LLC | DARIN W. SNYDER (S.B. #136003) <br> dsnyder@omm.com <br> LUANN L. SIMMONS (S.B. #203526) <br> lsimmons@omm.com <br> DAVID ALMELING (S.B. #235449) <br> dalmeling@omm.com <br> MELODY DRUMMOND HANSEN (S.B. #278786) <br> mdrummondhansen@omm.com <br> MARK LIANG (S.B. #278487) <br> mliang@omm.com <br> BILL TRAC (S.B. #281437) <br> btrac@omm.com <br> **O'MELVENY & MYERS LLP** <br> Two Embarcadero Center, 28th Floor <br> San Francisco, California 94111-3823 <br> Tel: (415) 984-8700 <br> Facsimile: (415) 984-8701 <br><br> Attorneys for Defendant <br> GOOGLE LLC |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:18-cv-06137-HSG <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ANY FURTHER AMENDED COMPLAINT** |

Under the Court's Order Granting Defendant Google LLC's ("Google") Motion to Dismiss Claims for Induced and Willful Infringement (ECF No. 47), Plaintiff Hypermedia Navigation LLC ("Hypermedia") must file any further amended complaint on or before **April 30, 2019**.

Pursuant to Civil L.R. 6-2 and 7-12, the parties have agreed to jointly request a three-week extension of the deadline for Hypermedia's Second Amended Complaint to **May 20, 2019**.

On April 12, 2019, Hypermedia served discovery requests seeking information regarding Google's pre-suit communications with non-party Yahoo!. Google's responses to these requests are not due until May 13, 2019, two weeks after the current April 30, 2019 deadline for Hypermedia's Second Amended Complaint. The parties make this request for extension to allow Hypermedia an opportunity to review Google's discovery responses before filing its Second Amended Complaint, which the parties agree would promote efficiency.

There have been no previous requests for extensions with respect to the deadline for Hypermedia's Second Amended Complaint and the requested three-week extension of this deadline would not alter the schedule for the rest of the case or any additional deadlines in the case schedule.

The parties therefore respectfully request that the Court modify the schedule to change the deadline for Hypermedia to file a Second Amended Complaint to **May 20, 2019**.

Dated: April 19, 2019

Respectfully submitted,
**NI, WANG & MASSAND, PLLC**

By: */s/ Hao Ni*
    Hao Ni

Attorney for Plaintiff
HYPERMEDIA NAVIGATION LLC

Dated: April 19, 2019

**O'MELVENY & MYERS LLP**

*/s/ Mark Liang*
    Mark Liang

Attorneys for Defendant
GOOGLE LLC

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Mark Liang, attest that concurrence in the filing of this document has been obtained.

Dated: April 19, 2019 /s/ Mark Liang
Mark Liang

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/22/2019

*[signature: Haywood S. Gilliam, Jr.]*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge