M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220265)
dalberti@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel: 650.618.4360
Fax: 650.618.4368

HAO NI (*pro hac vice*)
hni@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231 Telephone: (972) 331-4600
Facsimile: (972) 314-0900

Attorneys for Plaintiff
HYPERMEDIA NAVIGATION LLC

DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
DAVID ALMELING (S.B. #235449)
dalmeling@omm.com
MELODY DRUMMOND HANSEN
(S.B. #278786)
mdrummondhansen@omm.com
MARK LIANG (S.B. #278487)
mliang@omm.com
BILL TRAC (S.B. #281437)
btrac@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Tel: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:18-cv-06137-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR PATENT L.R. 3-8 DAMAGES CONTENTIONS AND 3-9 RESPONSIVE DAMAGES CONTENTIONS** |

Under the Scheduling Order as amended (ECF Nos. 42 and 46), Plaintiff Hypermedia Navigation LLC ("Hypermedia") was required to serve its Patent L.R. 3-8 Damages Contentions on or before April 29, 2019, and Defendant Google LLC ("Google") is required to serve its Patent L.R. 3-9 Responsive Damages Contentions on or before June 19, 2019.

Pursuant to Civil L.R. 6-2 and 7-12, the parties have agreed to jointly request a retroactive two-week extension of the deadline for Hypermedia's Patent L.R. 3-8 Damages Contentions to **May 13, 2019**, and a three-week extension of the deadline for Google's Patent L.R. 3-9 Responsive Damages Contentions to **July 10, 2019**.

The parties make this request for extension because of a misunderstanding on the part of Hypermedia about whether the Scheduling Order deadline for its Patent L.R. 3-8 Damages Contentions still applied in light of a February 28, 2019 Order extending by two weeks the deadline for Defendant's Invalidity Contentions And Accompanying Document Production Under Patent Local Rules 3-3 And 3-4 (ECF No. 46). Based on this misunderstanding, Hypermedia did not serve its Damages Contentions until May 13, 2019, two weeks after the Scheduling Order's April 29, 2019 deadline.

Because of the delay in Hypermedia's service of its Damages Contentions, the parties jointly request that Google be given additional time to serve its Responsive Damages Contentions. Specifically, the parties request that Google be given a three-week extension (to avoid the July 4 holiday) to July 10, 2019.

There have been no previous requests for extensions with respect to the deadlines for Hypermedia's Damages Contentions or Google's Responsive Damages Contentions, and the requested extensions would not alter the schedule for the rest of the case or any additional deadlines in the case schedule.

The parties therefore respectfully request that the Court modify the schedule to change the deadline for Hypermedia to serve its Patent L.R. 3-8 Damages Contentions to **May 13, 2019**, and change the deadline for Google to serve its Patent L.R. 3-9 Responsive Damages Contentions to **July 10, 2019**.

Dated: May 16, 2019

Respectfully submitted,
**NI, WANG & MASSAND, PLLC**


By:    */s/ Hao Ni*
       Hao Ni

Attorney for Plaintiff
HYPERMEDIA NAVIGATION LLC


Dated: May 16, 2019

**O'MELVENY & MYERS LLP**


*/s/ Mark Liang*
      Mark Liang

Attorneys for Defendant
GOOGLE LLC


## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Mark Liang, attest that concurrence in the filing of this document has been obtained.

Dated: May 16, 2019

*/s/ Mark Liang*
      Mark Liang

# **O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  5/17/2019

The Honorable Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION AND [PROPOSED] ORDER
TO EXTEND  DEADLINES
NO. 4:18-CV-06137-HSG