| | |
|---|---|
| M. ELIZABETH DAY (SBN 177125)<br>eday@feinday.com<br>DAVID ALBERTI (SBN 220265)<br>dalberti@feinday.com<br>MARC BELLOLI (SBN 244290)<br>mbelloli@feinday.com<br>**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA 94025<br>Tel: 650.618.4360<br>Fax: 650.618.4368<br><br>HAO NI (pro hac vice)<br>hni@nilawfirm.com<br>**NI, WANG & MASSAND, PLLC**<br>8140 Walnut Hill Lane, Suite 500<br>Dallas, TX 75231 Telephone: (972) 331-4600<br>Facsimile: (972) 314-0900<br><br>Attorneys for Plaintiff<br>Hypermedia Navigation LLC | DARIN W. SNYDER (S.B. #136003)<br>dsnyder@omm.com<br>LUANN L. SIMMONS (S.B. #203526)<br>lsimmons@omm.com<br>DAVID ALMELING (S.B. #235449)<br>dalmeling@omm.com<br>MELODY DRUMMOND HANSEN<br>(S.B. #278786)<br>mdrummondhansen@omm.com<br>MARK LIANG (S.B. #278487)<br>mliang@omm.com<br>BILL TRAC (S.B. #281437)<br>btrac@omm.com<br>**O'MELVENY & MYERS LLP**<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111-3823<br>Tel: (415) 984-8700  Fax: (415) 984-8701<br><br>Attorneys for Defendant<br>GOOGLE LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 4:18-cv-06137-HSG<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND DEADLINE FOR<br>PLAINTIFF TO FILE ANY FURTHER<br>AMENDED COMPLAINT** |

Under the Court's Order Granting Defendant Google LLC's ("Google") Motion to Dismiss Claims for Induced and Willful Infringement (ECF No. 47), Plaintiff Hypermedia Navigation LLC ("Hypermedia") must file any further amended complaint on or before **April 30, 2019**. The parties by stipulation agreed to extend the deadline to **May 20, 2019.** ECF Nos. 48, 49.

Hypermedia requests and Google agreed to an additional four-week extension of the deadline for Hypermedia's Second Amended Complaint to **June 17, 2019**.

On April 12, 2019, Hypermedia served discovery requests seeking information regarding Google's pre-suit communications with non-party Yahoo!. Google provided responses on May 13, 2019, but the parties are currently discussing the necessity and scope of any deposition(s) related to the same issues.

Hypermedia makes this additional request for extension to allow the Parties to resolve the deposition issues, which both parties agree would promote efficiency.

The requested additional four-week extension of this deadline would not alter the schedule for the rest of the case or any additional deadlines in the case schedule.

The parties therefore respectfully request that the Court modify the schedule to change the deadline for Hypermedia to file a Second Amended Complaint to **June 17, 2019**.

Respectfully submitted,

Dated: May 20, 2019　　　　　　　　**NI, WANG & MASSAND, PLLC**

By: */s/ Hao Ni*
　　　Hao Ni

Attorney for Plaintiff
HYPERMEDIA NAVIGATION LLC

Dated: May 20, 2019　　　　　　　　**O'MELVENY & MYERS LLP**

*/s/ Mark Liang*
　Mark Liang

Attorneys for Defendant
GOOGLE LLC

### FILER'S ATTESTATION

I certify that all counsel of record is being served on December 19, 2018, with a copy of this document via the Court's CM/ECF system.　　Dated: May 20, 2019

*/s/ Hao Ni*
Hao Ni

- 3 -

STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEADLINE
NO. 4:18-CV-06137-HSG

**O R D E R**

PURSUANT TO THE MOTION, IT IS SO ORDERED. Plaintiff's deadline to file a further Amended Complaint is extended to June 17, 2019

DATED: 5/21/2019

*[signature: Haywood S. Gilliam, Jr.]*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge