| | |
|---|---|
| M. ELIZABETH DAY (SBN 177125)<br>eday@feinday.com<br>DAVID ALBERTI (SBN 220265)<br>dalberti@feinday.com<br>MARC BELLOLI (SBN 244290)<br>mbelloli@feinday.com<br>**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA 94025<br>Tel: 650.618.4360<br>Fax: 650.618.4368<br><br>HAO NI (*pro hac vice*)<br>hni@nilawfirm.com<br>**NI, WANG & MASSAND, PLLC**<br>8140 Walnut Hill Lane, Suite 500<br>Dallas, TX 75231 Telephone: (972) 331-4600<br>Facsimile: (972) 314-0900<br><br>Attorneys for Plaintiff<br>HYPERMEDIA NAVIGATION LLC | DARIN W. SNYDER (S.B. #136003)<br>dsnyder@omm.com<br>LUANN L. SIMMONS (S.B. #203526)<br>lsimmons@omm.com<br>DAVID ALMELING (S.B. #235449)<br>dalmeling@omm.com<br>MELODY DRUMMOND HANSEN (S.B. #278786)<br>mdrummondhansen@omm.com<br>MARK LIANG (S.B. #278487)<br>mliang@omm.com<br>BILL TRAC (S.B. #281437)<br>btrac@omm.com<br>**O'MELVENY & MYERS LLP**<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111-3823<br>Tel: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>Attorneys for Defendant<br>GOOGLE LLC |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC,<br><br>            Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 4:18-cv-06137-HSG<br><br>**STIPULATION AND ORDER TO STAY DEADLINES** |

Plaintiff Hypermedia Navigation LLC ("Hypermedia") and Defendant Google LLC ("Google") (collectively, the "Parties") give notice that the Parties have reached a tentative settlement in principle. The Parties are currently working on preparing final settlement documentation and, at the appropriate time, anticipate submitting a stipulation for dismissal of this matter.

In the interim, the Parties respectfully request that the Court stay and extend all pending deadlines for 30 days, including the following deadlines that are scheduled to occur within the next 30 days:

|  | Current Deadline | Proposed New Deadline |
|---|---|---|
| Exchange of Preliminary Constructions and Extrinsic Evidence | 6/6/2019 | 7/5/2019 |
| Deadline for Plaintiff to file any Amended Complaint | 6/17/2019 | 7/17/2019 |
| Joint Claim Construction and Prehearing Statement | 6/20/2019 | 7/19/2019 |

| | |
|---|---|
| Dated: June 6, 2019 | Respectfully submitted,<br>**NI, WANG & MASSAND, PLLC** |
| | By: */s/ Hao Ni*<br>     Hao Ni<br><br>Attorney for Plaintiff<br>HYPERMEDIA NAVIGATION LLC |
| Dated: June 6, 2019 | **O'MELVENY & MYERS LLP**<br><br>*/s/ Mark Liang*<br>Mark Liang<br><br>Attorney for Defendant<br>GOOGLE LLC |

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Mark Liang, attest that concurrence in the filing of this document has been obtained.

Dated: June 6, 2019          */s/ Mark Liang*
                                            Mark Liang

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 6, 2019

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge