| | |
|---|---|
| M. ELIZABETH DAY (SBN 177125)<br>eday@feinday.com<br>DAVID ALBERTI (SBN 220265)<br>dalberti@feinday.com<br>MARC BELLOLI (SBN 244290)<br>mbelloli@feinday.com<br>**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA 94025<br>Tel: 650.618.4360<br>Fax: 650.618.4368<br><br>HAO NI (*pro hac vice*)<br>hni@nilawfirm.com<br>**NI, WANG & MASSAND, PLLC**<br>8140 Walnut Hill Lane, Suite 500<br>Dallas, TX 75231 Telephone: (972) 331-4600<br>Facsimile: (972) 314-0900<br><br>Attorneys for Plaintiff<br>HYPERMEDIA NAVIGATION LLC | DARIN W. SNYDER (S.B. #136003)<br>dsnyder@omm.com<br>LUANN L. SIMMONS (S.B. #203526)<br>lsimmons@omm.com<br>DAVID ALMELING (S.B. #235449)<br>dalmeling@omm.com<br>MELODY DRUMMOND HANSEN<br>(S.B. #278786)<br>mdrummondhansen@omm.com<br>MARK LIANG (S.B. #278487)<br>mliang@omm.com<br>BILL TRAC (S.B. #281437)<br>btrac@omm.com<br>**O'MELVENY & MYERS LLP**<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111-3823<br>Tel: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>Attorneys for Defendant<br>GOOGLE LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:18-cv-06137-HSG<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hypermedia Navigation LLC and Defendant Google LLC hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE. Each party shall bear its own attorneys' fees and costs. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hypermedia Navigation LLC and Defendant Google LLC hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE. Each party shall bear its own attorneys' fees and costs.

Dated: June 28, 2019

Respectfully submitted,
**NI, WANG & MASSAND, PLLC**

By: */s/ Hao Ni*
    Hao Ni

Attorney for Plaintiff
HYPERMEDIA NAVIGATION LLC

Dated: June 28, 2019

**O'MELVENY & MYERS LLP**

*/s/ Mark Liang*
    Mark Liang

Attorney for Defendant
GOOGLE LLC

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Mark Liang, attest that concurrence in the filing of this document has been obtained.

Dated: June 28, 2019

*/s/ Mark Liang*
Mark Liang

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 29, 2019

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge